

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMERRIA CROWDER                                        PLAINTIFF

VS.                  CASE NO.   3:10CV00142-SWW

HINO MOTORS                                           DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this  6th  day of      July      , 20 10 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
    Deputy Clerk